815 A.2d 954

IN THE MATTER OF WOLF A. SAMAY, AN ATTORNEY AT LAW.

February 13, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–247, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(b), **WOLF A. SAMAY** of

**PASSAIC,** who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of three years, respondent having been removed from judicial office by Order of the Court on January 12, 2001, for conduct that violated *RPC* 3.3(a)(1)(candor toward a tribunal), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **WOLF A. SAMAY** is suspended from the practice of law for a period of three years and until the further Order of the Court, effective March 12, 2003; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.